No. 493. BEER, SONDHEIMER & COMPANY, INC., v. AMERICAN & CUBAN STEAMSHIP LINE, INC. October 16, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. D. Roger Englar* for petitioner. *Mr. Frank V. Barnes* for respondent.

---

No. 496. GEORGE M. EMBIRICOS v. STUYVESANT INSURANCE COMPANY. October 16, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Robert S. Erskine* and *Mr. D. M. Tibbetts* for petitioner. *Mr. Ezra P. Prentice* for respondent.

---

No. 499. AUTOMATIC PENCIL SHARPENER COMPANY v. BOSTON PENCIL POINTER COMPANY. October 23, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. George L. Wilkinson* and *Mr. Edward O. Proctor* for petitioner. *Mr. Asa P. French* for respondent.

---

No. 501. HARRY GOLDBERG ET AL. v. UNITED STATES. October 23, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Neyle Colquitt* and *Mr. Alex. A. Lawrence* for petitioners. *Mr. Solicitor General Beck, Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, and *Mr. George E. Bowen* for the United States.

---

No. 502. ANDREW JERGENS COMPANY v. WILLIAM A. WOODBURY DISTRIBUTORS, INC., ET AL. October 23, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Walter A. de Camp, Mr. Keyes Winter* and *Mr. Edward S. Rogers* for petitioner. *Mr. Thomas B. Felder* for respondents.